**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA  92109
Telephone:   858 488 1672
Facsimile:    480 247 4553
greg@westonfirm.com
jack@westonfirm.com

Counsel for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN PEVIANI on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATURAL BALANCE INC.<br><br>　　　　　　Defendant. | Case No: **'10CV2451 H　　BGS**<br><br>CLASS ACTION<br>**COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S:**<br><br>**UNFAIR COMPETITION LAW;**<br><br>**FALSE ADVERTISING LAW; AND**<br><br>**CONSUMER LEGAL REMEDIES ACT**<br><br>DEMAND FOR JURY TRIAL |

1    Plaintiff Eileen Peviani, on behalf of herself, all others similarly situated,

2   and the general public, by and through undersigned counsel, hereby sues

3   Defendant Natural Balance, Inc. ("NBI") and, upon information and belief and

4   investigation of counsel, alleges as follows:

5

6                          **INTRODUCTION**

7    1.    NBI falsely markets its dietary supplement "Cobra Sexual Energy"

8   ("Cobra") as having beneficial health properties despite a lack of scientific

9   evidence substantiating such claims.

10    2.    Plaintiff paid for Cobra during the Class Period defined herein, saw

11   and believed these claims, and was damaged as a result.

12    3.    Plaintiff brings this action challenging NBI's claims relating to Cobra

13   on behalf of herself and all others similarly situated, under California's Unfair

14   Competition Law, False Advertising Law, and Consumer Legal Remedies Act.

15    4.    Plaintiff seeks an order compelling NBI to (1) cease marketing Cobra

16   using the misleading tactics complained of herein, (2) conduct a corrective

17   advertising campaign, (3) restore the amounts by which NBI has been unjustly

18   enriched, and (4) destroy all misleading and deceptive materials.

19

20                    **JURISDICTION AND VENUE**

21    5.    This Court has original jurisdiction under 28 U.S.C. §1332(d)(2) (The

22   Class Action Fairness Act) because the matter in controversy exceeds the sum or

23   value of $5,000,000 exclusive of interest and costs and more than two-thirds of the

24   members of the Class reside in states other than the state of which Defendant is a

25   citizen.

26    6.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because

27   Plaintiff suffered injuries as a result of NBI's acts in this District, many of the acts

28   and transactions giving rise to this action occurred in this District, and NBI (1) is

1

authorized to conduct business in this District and has intentionally availed itself of the laws and markets of this District through the promotion, marketing, distribution, and sale of its product in this District; (2) resides in this District; and (3) is subject to personal jurisdiction in this District.

## PARTIES

7.    Defendant NBI is a Delaware corporation with its principal place of business in Englewood, Colorado, and is the producer and manufacturer of Cobra.

8.    Plaintiff Eileen Peviani is a resident of California and purchased Cobra for her own and household use and not for resale in California during the Class Period defined herein.

## FACTUAL ALLEGATIONS

9.    Plaintiff purchased Cobra this year from the CVS Pharmacy located at 683 Lomas Santa Fe Drive, Solana Beach, CA.

10.    Throughout the Class Period, NBI has used various methods to represent the purported medicinal, healthful, and/or beneficial qualities of Cobra. Such representations and claims, however, are unsubstantiated by scientific evidence.

11.    Absent the misstatements and fraudulent claims described herein, Plaintiff would not have purchased Cobra.

**The Composition of Cobra**

12.    Cobra primarily consists of a "proprietary blend" of small amounts of extracts from herbs, roots, and other organic substances, some of which are purported to have an effect on the human body.

13.    Cobra, by means of its "proprietary blend," claims to increase "sexual energy" in the human body.

14.    None of the ingredients in Cobra, however, has been found by any

2

scientific human study to increase sexual energy.

15.    While a few unreplicated scientific studies suggest ingredients in Cobra's "proprietary blend" may—in appropriate amounts—benefit sufferers of certain specific conditions, many of the ingredients in Cobra have never apparently been studied, or shown to have any effect on the human body, much less to increase "sexual energy."

16.    Further, consuming such random herbs and herbal extracts presents a risk of an allergic or other adverse reactions without any offsetting benefit.

## Cobra's Yohimbe Content Poses Grave and Undisclosed Risks to Human Health

17.    Yohimbe extracts in Cobra present several added risks not stated on NBI's Cobra label:

18.    The National Institute of Health ("NIH") strongly cautions that sufferers of anxiety and/or depression should not use yohimbe: "Yohimbe might bring out manic-like symptoms in people with bipolar disorder or suicidal tendencies in individuals with depression."[1]

19.    The NIH further warns against yohimbe for use by individuals suffering from diabetes, because the substance may "interfere with insulin and other medications used for diabetes and cause low blood sugar." *Id.*

20.    Like early antidepressant drugs, yohimbe extracts can lead to serious and in some cases life-threatening conditions when ingested with any of the many foods containing significant amounts of the monoamine tyramine.

21.    Both yohimbe and these first generation antidepressants are referred to as Monoamine Oxidase Inhibitors.

---

[1] *Yohimbe* from The National Institute of Health (*available at* http://www.nlm.nih.gov/medlineplus/druginfo/natural/759.html)

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

22.    MAOIs, by inhibiting monoamine oxidase, are also responsible for the reduction in the breakdown of tyramine, an amino acid in many foods. The retarding of this process by MAOIs leads to a build-up of tyramine in the body, causing high blood pressure and severe hypertension.

23.    The dangerous combination of MAOIs and tyramine can also result in stroke and cardiac arrhythmia.

24.    As a result, those prescribed MAOIs are warned to avoid these and other types of tyramine-heavy foods.

25.    This warning, from the National Institute of Health U.S. Library of Medicine, is typical:

> You may experience a serious reaction if you eat foods that are high in tyramine during your treatment with phenelzine [an MAOI, brand name: "Nardil"]. Tyramine is found in many foods, including meat, poultry, fish, or cheese that has been smoked, aged, improperly stored, or spoiled; certain fruits, vegetables, and beans; alcoholic beverages; and yeast products that have fermented. Your doctor or dietitian will tell you which foods you must avoid completely, and which foods you may eat in small amounts. You should also avoid foods and drinks that contain caffeine during your treatment with phenelzine. Follow these directions carefully. Ask your doctor or dietitian if you have any questions about what you may eat and drink during your treatment.

26.    Even small amounts of yohimbe may cause high blood pressure.[2]

---

[2] *Yohimbe* from The National Institute of Health (*available at* http://www.nlm.nih.gov/medlineplus/druginfo/natural/759.html)

27.    Yohimbe itself elevates normal blood pressure levels, and NBI fails to warn consumers that, similar to MAOIs, the consumption of yohimbe with common foods heavy in tyramine presents the risk of hypertension and possibly even stroke or death; and such foods should be avoided when taking yohimbe.

28.    Of significant concern is a study published in 2008, which in a yearlong surveillance study of dietary supplement-related poison control center calls, found that yohimbe products accounted for almost a fifth of all exposures to dietary supplements that led to negative symptoms, despite being a very small percentage of dietary supplement sales.[3]

29.    These symptoms include: anxiety, tremulousness, diaphoresis, hypertension, palpitations, headache, chest pain, tachycardia, shortness of breath, stroke, dizziness, agitation, and abnormally dilated pupils.

//

//

//

//

//

//

//

//

//

//

//

//

---

[3] Haller CA, *et al. Dietary Supplement Adverse Events: Report of a One-Year Poison Center Surveillance Project*, 4(2) Journal of Medical Toxicology. 84-92 (2008).

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

1   *//*

2   *//*

3   **<u>Specific Misrepresentations and Deceptive Acts</u>**

4

5                     <u>Front Label</u>:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26      30.   **Misleading supplement name**: NBI prominently labels its product

27   under the name "Cobra Sexual Energy" despite that there is no evidence it

28   contributes to human sexual energy.

7

31.   **Misleading sub-headings**: The front of the Cobra label features the misleading sub-heading "Powerful Men's Formula," suggesting that, not only does its proprietary blend work in the way advertised, but has a partciularly strong, or extra, "powerful" effect.

32.   The Cobra label also features the misleading sub-heading, in large bolded and italicized words, "with Yohimbe & Horny Goat Weed."

33.   This claim suggests these two proprietary blend ingredients are present in the amounts necessary to be effective and are effective in the manner in which NBI presents them in Cobra.

34.   The combined effect of these misleading statements is that NBI falsely suggests there is a scientific and/or research basis for Cobra's claims.

35.   Neither Yohimbe nor Horny Goat Weed, however, has ever been shown in any scientific study to improve human "sexual energy."

//
//
//
//
//
//
//
//
//
//
//
//

<u>Back Label</u>:

8

**SUGGESTED USE:** Take one or two capsules as needed up to two times a day.

**WARNING:** Contraindicated in existing liver and kidney disorders and in chronic inflammation of the prostate gland or for individuals who suffer from hypertension or any heart conditions; not recommended for long term use; should not be taken with MAO inhibiting antidepressant medications. Not recommended for use by persons under the age of 18.

# Supplement Facts

**Serving Size 2 Capsules**
**Servings Per Container 30**

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Total Carbohydrate | <1g | <1% † |
| Proprietary Blend | 986 mg | * |
| Kola Nut (Cola nitida) (seed extract)(contains caffeine) | | |
| Yohimbe (bark extract) | | |
| Horny Goat Weed (Epimedium spp.) (aerial) | | |
| Oat Straw (aerial extract) | | |
| Nettle (leaf extract) | | |
| Catuaba (bark) | | |
| Muira Puama (root) | | |
| Korean Ginseng (root) | | |
| Damiana (leaf) | | |
| Saw Palmetto (fruit) | | |

*Daily Value not established.
† Percent Daily Value based on a 2,000 calorie diet.

Other Ingredients: Vegetable Cellulose Capsule, Maltodextrin, Rice Flour and Magnesium Stearate.

Manufactured for Natural Balance
Castle Rock, CO 80109
800-672-8421
www.naturalbalance.com

**NATURAL BALANCE**

Side Label:

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Perform Your Best with Animal Magnetism**

For centuries, men have used various herbs, roots and "aphrodisiac" plants to enhance their sexuality and improve their performance. Cobra blends exotic herbs from the Orient, South Pacific, and Africa.

**Discover Natural Balance**

For over 20 years Natural Balance has energized people's health and well-being by offering specialty supplements that work. Scientifically blending select, high-quality herbs into proprietary formulas is our art. Helping people live healthier, more enjoyable lives is our passion.

36.   **Misleading first side label heading**: The side label of Cobra

10

prominently claims, "Perform Your Best with Animal Magnetism," and states in a paragraph below the heading, "For centuries, men have used various herbs, roots and 'aphrodisiac' plants to enhance their sexuality and improve their performance. Cobra blends exotic herbs from the Orient, South Pacific, and Africa."

37.    Such claims, both alone and even more so taken together with the rest of the label, convey a misleading impression of the product's purported benefits, implying that the "exotic herbs" in NBI's proprietary blend are not only similar to those that have been used for "centuries" around the world but have the effects of "enhance[d] sexuality" and "improve[d] performance."

38.    **Misleading second side label heading**: The second section of this side of the Cobra label prominently claims "Discover Natural Balance" in large, bolded, italicized font. NBI further claims that "Scientifically blending select, high-quality herbs into proprietary formulas is our art."

39.    This statement implies that the ingredients which constitute NBI's Cobra "proprietary" blend have been chosen based on scientific research, in order to achieve the product's advertised effects. Such an implication is false and the statement, both alone and taken together with the rest of the package, is misleading.

40.    Also beneath this large heading, the Cobra side label states: "For over 20 years Natural Balance has energized people's health and well-being by offering specialty supplements that work."

41.    This sentence makes the dual claim that Natural Balance has historically contributed to people's overall "health" and "well-being" and that Natural Balance "energize[s]" consumers. The pervasive context of NBI's Cobra label promotes the idea that Cobra is healthy to consume, despite that there is significant evidence Cobra poses serious health risks to consumers, and despite that Cobra's purported function is to promote "sexual energy."

42.    These express claims therefore are both false and misleading.

11

43.   The same claim asserts NBI "offer[s] specialty supplements that work." Unfortunately for consumers, at least as regards NBI's product Cobra, the company fails even this modest claim. "Cobra Sexual Energy" is little more than aggressively advertised snake oil.

44.   Further, this part of the Cobra label concludes with the claim, "Helping people live healthier, more enjoyable lives is our passion."

45.   This claim misleads consumers to believe that, because of NBI's stated "passion" for helping people lead healthier lives, Cobra will contribute to a "healthier" and more "enjoyable" life.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Side Label:

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Takes Virility to the Max!

**Yohimbe Bark Extract.** Legendary herb from Africa that contains Yohimbine. Yohimbe is intended to provide nutritive support for healthy blood flow.

**Horny Goat Weed.** From China, it is thought to support sensitivity in the sensory nerves.

**Muira Puama.** Stimulating Brazilian herb known as "potency wood".

**Korean Ginseng.** Most famous of all performance enhancing herbs. Ginseng is prized in the Orient.

**Saw Palmetto.** North American herb known for its reputed ability to help promote healthy prostate function.

46.    **Misleading side label heading**: The side label of Cobra states in large

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

1  type: "Take Virility to the Max!"

2  47.   "Virility" means sexual energy and vigor, and in the context of NBI's

3  product, misleadingly implies Cobra Sexual Energy delivers the advertised result

4  with "max[imum]" effectiveness.

5  48.   There is no scientific evidence that the ingredients at the levels found

6  in Cobra, individually or in any combination, provide sexual energy for the human

7  body.

8  49.   **Misleading ingredient sub-headings**: The side label of Cobra also

9  lists several claims related to various ingredients in its proprietary blend:

10  50.   **"Yohimbe Bark Extract"**: Under this sub-heading NBI's Cobra label

11  states: "Legendary herb from Africa that contains Yohimbine. Yohimbe is intended

12  to provide nutritive support for healthy blood flow."

13  51.   While some studies possibly support "increased blood flow," stating

14  them in the context of sexual energy in misleading. The increase in blood flow NBI

15  refers to has not been shown by any scientific study to affect human sexual energy.

16  52.   For example, the NIH has stated that Yohimbe is possibly helpful only

17  for erectile dysfunction and sexual problems arising from certain medications, but

18  cautions that Yohimbe has not been adequately researched to justify being

19  described as having these or any other sexual benefits.[4]

20  53.   Extracts from this bark, aside from lacking proof of the healthful

21  benefits claimed NBI's Cobra label, present the added risks described above (such

22  as risk of hypertension, stroke, and manic-depressive episodes), which are not

23  indicated on NBI's label.

24  54.   **"Horny Goat Weed"**: Under this sub-heading NBI's Cobra label

25

26  [4] *Yohimbe* from The National Institute of Health

27  (*available at* http://www.nlm.nih.gov/medlineplus/druginfo/natural/759.html)

28

---

14

states: "From China, it is thought to support sensitivity in the sensory nerves."

55.     There are no scientific studies substantiating this claim and stating such a claim in the context of sexual energy is misleading.

56.     **"Muira Puama"**: Under this sub-heading NBI's Cobra label states: "Stimulating Brazilian herb known as 'potency wood'."

57.     There are no scientific studies substantiating that extracts from this herb improve human sexual energy. This claim is misleading as stated in the overall context of NBI's Cobra label.

58.     **"Korean Ginseng"**: Under this sub-heading NBI's Cobra label states: "Most famous of all performance enhancing herbs. Ginseng is prized in the Orient."

59.     There are no scientific studies that demonstrate extracts from this herb "enhances" sexual performance or energy.

60.     The NIH has also cautioned that "ginseng may lower levels of blood sugar"; and that "this effect may be seen more in people with diabetes."[5] Therefore, NBI's Cobra presents an additional risk to the consumer in the absence of any such warning on its label, without any of the offsetting benefits that it claims to possess.

61.     The NIH has also warned that yohimbe also presents risks for those who suffer from diabetes; thus, Cobra presents a double risk for such consumers without any warning on its label.

62.     **"Saw Palmetto"**: Under this sub-heading NBI's Cobra label states: "North American herb known for its reputed ability to help promote prostate function."

---

[5] *Herbs at a Glance: Asian Ginseng* from The National Institute of Health (*available at* http://nccam.nih.gov/health/asianginseng/)

63. While naturally-occurring phytosterol compounds[6] found in nearly all plants, including Saw Palmetto, have been shown to present certain specific benefits for sufferers of benign prostate hyperplasia,[7] no scientific study has ever shown that phytosterols "promote healthy prostate function."

64. Furthermore, the NIH has warned that the Cobra ingredient yohimbe "might make the symptoms of BPH (benign prostatic hyperplasia) worse" negating any such implied benefit for the prostate.[8]

65. Such a suggestion is not only false, but also misleading in the context of other claims made throughout NBI's Cobra label.

66. A reasonable consumer would assume significant improvement of prostate function might also improve "sexual energy" or performance.

67. Further, neither phytosterols nor Saw Plameto extracts have ever been shown by any scientific study to affect human sexual energy levels.

**Other Ingredients Listed Under NBI's Proprietary Blend**

68. **"Kola Nut (seed extract)"**: There are no scientific studies showing that seed extracts from the Kola nut, or any other such extract, improve "sexual energy" levels.

69. **"Oat Straw (aerial extract)"**: There are no scientific studies showing that "aerial" extracts from oat straw, or any other such extract, improve "sexual energy" levels.

---

[6] Plant forms of cholesterol.

[7] A non-cancerous enlargement of the prostate. *See e.g.*, Berges RR, *et al. Randomised, Placebo-Controlled, Double-Blind Clinical Trial of beta-Sitosterol in Patients with Benign Prostatic Hyperplasia. beta-Sitosterol Study Group*, 345(8964) Lancet 1529-32 (1995).

[8] *Yohimbe* from The National Institute of Health

(*available at* http://www.nlm.nih.gov/medlineplus/druginfo/natural/759.html)

70. **"Nettle (leaf extract)"**: There are no scientific studies that demonstrate extracts from any nettle plant improve "sexual energy" levels.

71. **"Catuaba (bark)"**: There are no scientific studies that demonstrate extracts from Catuaba bark improve "sexual energy" levels.

72. **"Damiana (leaf)"**: Also known as *tunera diffusa*, extracts from this plant have been shown to increase the sexual activity and copulation rate of rats in one study.

73. However, rats exhibiting this gain were at the outset "sexually sluggish" before Damiana extracts were administered in solution. Rats exhibiting normal sexual behavior, however, showed no such benefit when given the extract as compared to a control group. The hypothesized mechanisms by which Damiana extracts are purported to affect "sexually sluggish" rats did appear to be present in healthy rats:

> So, from our present data, it would appear that the plant extracts used in this study, which selectively improve the sexual behavior of sluggish/impotent rats, *while being ineffective in potent rats*, might act mainly by increasing central noradrenergic and dopaminergic tone, and possibly (indirectly) oxytocinergic transmission.[9]

74. No human study, however, has replicated this finding in the eleven years since this study was performed. Accordingly, claims as to the possible effects and benefits of Damiana leaf extracts on human beings (let alone human beings not suffering from the same issues as the "sluggish" rats) are misleading.

---

[9] Arletti R, *et al. Stimulating Property of* Tunera Diffusa *and* Pfaffia Paniculata *Extracts on the Sexual Behavior of Male Rats*, 143 Pharmacology 15-19 (1999) (emphasis added).

**RELIANCE AND INJURY**

75. When purchasing Cobra, Plaintiff was seeking a product that had the qualities described on Cobra's label.

76. Plaintiff read and relied on the following deceptive NBI claims concerning Cobra:

> (a) the product's name, "Cobra Sexual Energy";

> (b) "Powerful Men's Formula";

> (c) "with Yohimbe & Horny Goat Weed";

> (d) "Perform Your Best with Animal Magnetism";

> (e) "'adphrodiasiac' plants to enhance…sexual energy";

> (f) "improve…performance";

> (g) "Scientifically blending select, high-quality herbs";

> (h) "Natural Balance has energized people's health and well-being";

> (i) "offering specialty supplements that work";

> (j) "Helping people live healthier, more enjoyable lives";

> (k) "proprietary formulas";

> (l) "Take Virility to the Max!"; and

> (m) "Most famous of all performance enhancing herbs";

77. Plaintiff believed Cobra had the qualities she sought based on its deceptive labeling, but the product was actually unsatisfactory to Plaintiff for the reasons described herein, *i.e.*, there is no evidence the ingredients in Cobra present the claimed benefits, and the ingredients may actually impose an unreasonable risk of danger.

78. Cobra costs more than similar products without misleading labeling, and would have cost less absent the false and misleading statements.

79. Plaintiff paid more for Cobra, and would have been willing to pay less or unwilling to purchase the product at all, absent the false and misleading labeling complained of herein. Plaintiff would not have purchased Cobra absent these

1 claims and advertisements.

2    80.    For these reasons, Cobra was worth less than what Plaintiff paid for it.

3    81.    Instead of receiving a product that had actual and substantiated
4 healthful or other beneficial qualities, the product Plaintiff received was one which
5 does not provide the claimed benefits.

6    82.    Plaintiff lost money as a result of NBI's deceptive claims and
7 practices in that she did not receive what she paid for when purchasing Cobra.

8    83.    Plaintiff altered her position to her detriment and suffered damages in
9 an amount equal to the amount she paid for Cobra.

10

11                     **CLASS ACTION ALLEGATIONS**

12    84.    Plaintiff brings this action on behalf of herself and all others similarly
13 situated (the "Class") in accordance with Rule 23 of the Federal Rules of Civil
14 Procedure.

15    85.    The Class is defined as:

16
17         All persons (excluding officers, directors, and employees of
           NBI) who purchased, on or after November 30, 2006, NBI's
18         Cobra in the United States for their own use rather than resale
19         or distribution.

20    86.    Questions of law and fact common to Plaintiff and the Class include:

21         a.  Whether NBI contributed to, committed, and/or is responsible
22             for the conduct alleged herein;

23         b.  Whether NBI's conduct constitutes the violations of law alleged
             herein;
24
25         c.  Whether NBI acted willfully, recklessly, negligently, or with
             gross negligence in the violations of law alleged herein; and
26
27         d.  Whether Class members are entitled to compensatory,
             injunctive, and other equitable relief.
28

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

87.     By purchasing Cobra, all Class members were subjected to the same wrongful conduct.

88.     Absent NBI's deceptive claims, Plaintiff and Class members would not have purchased Cobra.

89.     Plaintiff's claims are typical of the Class's claims. Plaintiff will fairly and adequately protect the interests of the Class, has no interests that are incompatible with the interests of the Class, and has retained counsel competent and experienced in class litigation.

90.     The Class is sufficiently numerous, as it includes thousands of individuals who purchased Cobra throughout the United States during the Class Period.

91.     Class representation is superior to other options for the resolution of the controversy. The relief sought for each Class member is small. Absent the availability of class action procedures, it would be infeasible for Class members to redress the wrongs done to them.

92.     NBI has acted on grounds applicable to the Class, thereby making appropriate final injunctive relief or declaratory relief concerning the Class as a whole.

93.     Questions of law and fact common to the Class predominate over any questions affecting only individual members.

94.     Class treatment is appropriate under FRCP 23(a) and both 23(b)(2) and 23(b)(3). Plaintiff does not contemplate class notice if the Class is certified under FRCP 23(b)(2), which does not require notice, and notice via publication if the Class is certified under FRCP 23(b)(3) or if the Court determines Class notice is required notwithstanding that notice is not required under FRCP 23(b)(2). Plaintiff will, if notice is required, confer with Defendant and seek to present the Court with a stipulation and proposed order on the details of a Class notice plan.

COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW,
FALSE ADVERTISING LAW, AND CONSUMER LEGAL REMEDIES ACT

**FIRST CAUSE OF ACTION**

**Violations of the Unfair Competition Law,**

**Cal. Bus. & Prof. Code § 17200 *et seq.*,**

95.    Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

96.    Cal. Bus. & Prof. Code § 17200 prohibits any "unlawful, unfair or fraudulent business act or practice."

97.    The acts, omissions, misrepresentations, practices, and non-disclosures of NBI as alleged herein constitute "unlawful" business acts and practices in that NBI's conduct violates the False Advertising Law, the Consumer Legal Remedies Act, and the Lanham Act.

98.    NBI's conduct is further "unlawful" because it violates the Federal Food, Drug, and Cosmetic Act and its implementing regulations in the following ways:

(1)    NBI's deceptive statements violate 21 U.S.C. § 343(a), which deems food (including nutritional supplements) misbranded when the label contains a statement that is "false or misleading in any particular";

(2)    NBI's deceptive statements violate 21 C.F.R. § 101.14(b)(3)(i), which mandates "substances" in dietary supplements consumed must contribute and retain "nutritive value," as defined under 21 C.F.R. § 101.14(a)(2)(3) when consumed at levels necessary to justify a claim.

99.    NBI's conduct is further "unlawful" because it violates The California Sherman Food, Drug, and Cosmetic Law, which incorporates the provisions of the Federal Food, Drug and Cosmetic Act.

100.    The acts, omissions, misrepresentations, practices, and non-disclosures of NBI as alleged herein also constitute "unfair" business acts and practices under the UCL in that NBI's conduct is immoral, unscrupulous, and offends public policy. Further, the gravity of NBI's conduct outweighs any conceivable benefit of such conduct.

21

101. The acts, omissions, misrepresentations, practices, and non-disclosures of NBI as alleged herein constitute "fraudulent" business acts and practices under the UCL in that NBI's claims are false, misleading, and have a tendency to deceive the Class and the general public.

102. In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining NBI from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices, and to commence a corrective advertising campaign.

103. Plaintiff further seeks an order for the disgorgement and restitution of all monies from the sale of NBI Cobra which were acquired through acts of unlawful, unfair, and/or fraudulent competition.

### SECOND CAUSE OF ACTION

**Violations of the False Advertising Law,**

**Cal. Bus. & Prof. Code § 17500 *et seq.***

104. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

105. In violation of Cal. Bus. & Prof. Code § 17500 *et seq.*, the advertisements, labeling, policies, acts, and practices described herein were designed to, and did, result in the purchase and use of Cobra.

106. NBI knew and reasonably should have known that the labels on NBI Cobra were untrue and/or misleading.

107. As a result, Plaintiff, the Class, and the general public are entitled to injunctive and equitable relief, restitution, and an order for the disgorgement of the funds by which NBI was unjustly enriched.

# **THIRD CAUSE OF ACTION**

## **Violations of the Consumer Legal Remedies Act,**

## **Cal. Civ. Code § 1750 *et seq.***

108. Plaintiff realleges and incorporates the allegations elsewhere in the Complaint as if set forth in full herein.

109. The CLRA prohibits deceptive practices in connection with the conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

110. NBI's false and misleading labeling and other policies, acts, and practices were designed to, and did, induce the purchase and use of NBI Cobra for personal, family, or household purposes by class members, and violated and continues to violate the following sections of the CLRA:

    a. § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.

    b. § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.

    c. § 1770(a)(9): advertising goods with intent not to sell them as advertised.

    d. § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

111. As a result, Plaintiff and the Class have suffered irreparable harm, seek, and are entitled to, actual damages, punitive damages, injunctive relief and restitution.

112. The conduct described herein by NBI was long-standing, continuing even after Plaintiff demanded the conduct cease in her CLRA letter, was done for profit as a deliberate corporate policy rather than an isolated incident, and was morally wrong, fraudulent, callous, and oppressive.

113.   In compliance with Civ. Code § 1782, Plaintiff sent written notice to NBI of her claims on Oct. 13, 2010, delivered on Oct. 18, 2010, and more than 30 days before seeking damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself, all others similarly situated, and the general public, prays for judgment and relief against Defendant as follows:

A.   Declaring this action to be a proper class action and appointing undersigned counsel as class counsel;

B.   An Order requiring NBI to bear the cost of class notice;

C.   An Order compelling NBI to conduct a corrective advertising campaign;

D.   An Order requiring NBI to disgorge all monies, revenues, and profits obtained by means of any wrongful act or practice;

E.   An Order compelling NBI to destroy all misleading and deceptive advertising materials and product labels;

F.   An Order requiring NBI to pay restitution to restore all funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, untrue or misleading advertising, or a violation of the CLRA, plus pre-and post-judgment interest thereon;

G.   Actual damages under the CLRA;

H.   Punitive damages under the CLRA;

I.   Costs, expenses, and reasonable attorneys' fees;

J.   Any other and further relief the Court deems necessary, just, or proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all causes of action so triable.

DATED: November 30, 2010                    Respectfully Submitted,

                                            /s/ Gregory S. Weston
                                            THE WESTON FIRM
                                            GREGORY S. WESTON
                                            JACK FITZGERALD
                                            888 Turquoise Street
                                            San Diego, CA 92109
                                            Telephone:   858 488 1672
                                            Facsimile:    480 247 4553

                                            Counsel for Plaintiff and
                                            the Proposed Class

---

25

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Eileen Peviani, on behalf of herself and all others similarly situated

**DEFENDANTS**
Natural Balance, Inc.

**(b)** County of Residence of First Listed Plaintiff  Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Weston Firm, Gregory S. Weston and Jack Fitzgerald,
888 Turquoise Street, San Diego, CA 92109, 858 466 1672

Attorneys (If Known)

'10 CV 2451 H     BGS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         (U.S. Government Not a Party)

☐ 2   U.S. Government
         Defendant

☒ 4   Diversity
         (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                      and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332 (d)(2)
Brief description of cause:
Unfair Competition

## VII. REQUESTED IN
COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
to be determined at trial

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes   ☐ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
11/30/2010

SIGNATURE OF ATTORNEY OF RECORD
Greg Weston

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____